NUMBER 13-03-161-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_________________________________________________________

GABRIEL GALVAN,                                                           Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
________________________________________________________

On appeal from the 319th District Court 
of Nueces County, Texas.
_________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Rodriguez and Castillo
Memorandum Opinion Per Curiam
 
         Appellant, GABRIEL GALVAN, perfected an appeal from a judgment entered by
the 319th District Court of Nueces County, Texas, in cause number 04-CR-1931-G. 
On July 15, 2004, this cause was abated, and the trial court was directed to conduct
a hearing to determine why counsel failed to respond to this Court’s order. The trial
court’s findings and recommendations were received on October 18, 2004. The trial
court found that the appellant does not wish to prosecute his appeal.
         The Court, having considered the documents on file and the trial court’s findings
and recommendations, is of the opinion that the appeal should be dismissed. The
appeal is hereby DISMISSED.
                                                               PER CURIAM
Do not publish.
Tex. R. App. P. 47.2(b).
Memorandum Opinion delivered and
filed this the 4th day of November, 2004.